IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-241-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| WILLIE YOUNG | : |

## ORDER OF FORFEITURE

Pursuant to the entry of a plea of guilty by the defendant, Willie Young on October 12, 2017 to a violation of 18 U.S.C. § 641, and further evidence of record and as presented by the Government, the Court finds that the United States is now entitled to $109,153.00, which represents proceeds the defendant obtained as a result of the said offense.

It is hereby ORDERED, ADJUDGED, and DECREED:

1. Based upon the defendant's guilty plea, and further evidence of record and as presented by the Government, $109,153.00 which represents proceeds the defendant obtained as a result of the said offense, is forfeited to the United States, and when and if recovered, shall be disposed of in accordance with the law; and

2. Any and all forfeited funds shall be deposited by the U. S. Department of Justice or the U. S. Department of the

1

Treasury, as soon as located or recovered, into the U. S. Department of Justice's Assets Forfeiture Fund or the U. S. Department of the Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

Upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendant at sentencing.

SO ORDERED. This 10th day of January, 2018.

LOUISE W. FLANAGAN
United States District Judge